# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA



| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 14CR1504-JLS |
| Plaintiff, | |
| vs. | |
| MICHAEL EDWARD FLEISCHLI, | JUDGMENT OF DISMISSAL |
| Defendant. | |

Upon motion of the UNITED STATES OF AMERICA and good cause appearing,

IT IS SO ORDERED that the information in the above-entitled case be dismissed with prejudice.

Dated: 5/31/2017

Hon. Barbara L. Major
United States Magistrate Judge